1629765

AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of NEVADA

UNITED STATES OF AMERICA

V.

JOSEPH PROKOP

**WARRANT FOR ARREST**

Case Number: 2:09-CR-022

**SEALED**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     JOSEPH PROKOP
                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with   (brief description of offense)

CONSPIRACY TO DEFRAUD THE UNITED STATES BY IMPAIRING AND IMPEDING THE INTERNAL REVENUE SERVICE; AIDING IN THE PREPARATION OF MATERIALLY FALSE INCOME TAX RETURNS; MAIL FRAUD

in violation of Title  18 & 26   United States Code, Section(s)  371, 1341 & 7206(2)

LANCE S. WILSON
**CLERK**
*Lance S. Wilson*
(By) DEPUTY CLERK

January 27, 2009    Las Vegas, NV
DATE

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| CLAREMONT, CA |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 01/28/09 | for IRS | bw |
| DATE OF ARREST 01/28/09 | | |