

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
LAS VEGAS DIVISION

UNITED STATES OF AMERICA §
    Plaintiff §
     §
     §    2:09-cr- RCJ/RJJ-3
v. §
     §
JOSEPH PROKOP §
    Defendant §
     §

## DEMAND FOR ALL EVIDENCE

Comes now Defendant, who is acting as co-counsel in this case, and hereby demands the government produce all evidence in all agencies of the government, both federal and state, related to Defendant and his case.

That evidence should include all records related to the government's jurisdiction or lack of jurisdiction in this case.

Defendant requests the court to list all agencies, with addresses and phone numbers, that hold any records related to Defendant or this case, federal and state, including any agencies that are not government related who deal with the federal or state government.

According to *Brady v. Maryland*, and its progeny, 373 US 83 (1983), it is the Defense responsibility to determine what evidence is material, not the Prosecution's. Therefore, it is the requirement of the prosecution to now produce all evidence in all government agencies, federal and state, related to Defendant and to this case.

Wherefore, premises considered, Defendant, acting as co-counsel, requests the government to produce all records in all agencies, federal, state, and independent, related to the defendant and to this case, included all records that

1


would prove or disprove jurisdiction over Defendant and to provide a list of agencies, federal state, and independent, that holds records related to the defendant and/or this case.

Respectfully submitted,

*/s/ Joseph Prokop*
Joseph Prokop
412 Ventura Way
Claremont, CA 91711
(909) 319-5578

2/20/2009

## NOTICE OF FILING

On this the 17th day of February, 2009, a true and correct copy of this demand was filed with the court by placing it in the United States mail, postage prepaid, or by having it hand delivered to the clerk of the District Court.

*/s/ Joseph Prokop*
Joseph Prokop

## CERTIFICATE OF SERVICE

On this the 17th day of February, 2009, a true and correct copy of the foregoing was served on the attorney of record in this case for the United States.

*/s/ Joseph Prokop*
Joseph Prokop