

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
LAS VEGAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| Plaintiff § | |
| § | |
| v. § | 2:09-cr- RCJ-RJJ-3 |
| § | |
| JOSEPH PROKOP § | |
| Defendant § | |
| § | |

## MOTION FOR BILL OF PARTICULARS

**STATE OF NEVADA** §

**COUNTY OF CLARK** §

Comes now Joseph Prokop, and in violation of his rights according to the 1st (right to access to the court), 4th, 5th (Due Process), and 6th (right to counsel) Amendment rights according to the Constitution and hereby demands and requests bona fides of Judge in this case related to the instant case.

A.  **Facts**

Petitioner was indicted on 01/27/09 with no criminal complaint filed. Doc # 1.

He is currently in pretrial status.

The district court judge in the instant case is Judge Robert C Jones.

The defendant in this case requests the following in the way of a bill of particulars:

1. Please identify the parties in this case, as the names in the grand jury indictment do not reflect the standing of the parties, with complete reference to how they are authorized to be a party in this criminal case or controversy.

1

2. Please identify the meaning of the letters "cr" in the case number listed on the docket.

3. Please identify the person or persons who authored or drafted the grand jury indictment prior to it being presented to the grand jury for consideration or returned to the United States District Court.

4. Please identify how the grand jury determined that the alleged crimes were committed within the United States District for the District of Nevada and not within the state of Nevada.

5. Please identify how the Grand Jury was instructed on the difference between the United States District of Nevada and the State of Nevada in relation to the place the alleged crimes were committed.

6. Please identify the name of the person or persons instructing the grand jury and the date this instruction took place.

7. Please identify how the actions alleged in the indictment in Counts 1 to 21 within the state of Nevada are also concurrently within the United States District of Nevada.

8. Please identify the authority in the Constitution and any Supreme Court decisions in which the government relied to obtain jurisdiction over this case.

9. Please identify where the actions alleged were located and whether that place was within the State of Nevada or within the United States District of Nevada.

10. Please identify any agreement to which the United States Attorney for this district has exclusive jurisdiction under Article III of the Constitution of the

2

United States to render any judgment involving the Grand Jury charges allegedly committed.

11. Please identify the exact locus delecti of the alleged crimes in Counts 1-21 in relation to the Constitution of the United States and the 10th Amendment.

12. Please identify the exact words in Article III of the Constitution of the United States which the government relies on in placing the Grand Jury charges within the judicial power to which they endorse their signatures.

13. Please identify the exact words in Article III of the Constitution that the government relies which allows the Grand Jury charges against Defendant to represent the Grand Jury.

14. Please identify the difference between the "UNITED STATES OF AMERICA" and United States.

15. Please give the legal description that describes the place the alleged crimes in Counts 1-21 of the indictment were committed, and state if this is the "legal description".

16. Please identify if a quorum was present when the House of Representatives voted on Title 18, 18 USC section 3231, in May of 1947.

17. Please identify who holds the grand jury records in this case.

### CERTIFICATION UNDER PENALTY OF PERJURY

I, Joseph Prokop certify on this the __17th__ day of __February__ 2009, pursuant to 28 USC § 1746 that the foregoing is true and correct.

Respectfully submitted,

Joseph Prokop
412 Ventura Way

3

Claremont, CA 91711
(909) 319-5578

## NOTICE OF FILING

On this the __17th__ day of __February__, 2009, a true and correct copy of this demand was filed with the court by placing it in the United States mail, postage prepaid, or by having it hand delivered to the clerk of the District Court.

_Joseph Prokop_
Joseph Prokop

## CERTIFICATE OF SERVICE

On this the __17th__ day of __February__, 2009, a true and correct copy of the foregoing was served on the attorney of record in this case for the United States.

_Joseph Prokop_
Joseph Prokop

4