UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
LAS VEGAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>v.<br><br>JOSEPH PROKOP<br>Defendant | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§  2:09-cr- RCJ-RJJ-3<br>2:09CR0022 |

## NOTICE OF NON-WAIVER OF DUE PROCESS RIGHTS

Comes now Defendant, acting as co-counsel, and hereby files this notice to the court of demand for preservation of all due process rights and non-waiver of those rights.

Petitioner is now in pretrial status with pretrial deadlines due.

### A. HISTORY

Defendant was indicted on January 27, 2000, charged with a 21 count indictment. Doc. # 1.

The case is currently pending before the district court.

### B. NON-WAIVER OF DUE PROCESS RIGHTS

Petitioner has a right to all Due Process as guaranteed by the Fifth Amendment and the right to access to the court as guaranteed by the First Amendment.

Petitioner notices the government and the court that he waives none of those rights unless done in open court free from threat of duress or coercion.

### C. Conclusion

1

Petitioner notices the court that he waives none of his rights as guaranteed by the First and Fifth Amendments to the Constitution unless done in open court free from threat of duress or coercion.

**Respectfully submitted,**

### CERTIFICATION UNDER PENALTY OF PERJURY

I, Joseph Prokop certify on this the ___17th___ day of ___February___ 2009, pursuant to 28 USC § 1746 that the foregoing is true and correct.

_____
Joseph Prokop
412 Ventura Way
Claremont, CA 91711
(909) 319-5578

### NOTICE OF FILING

On this the ___17th___ day of ___February___, 2009, a true and correct copy of this demand was filed with the court by placing it in the United States mail, postage prepaid, or by having it hand delivered to the clerk of the District Court.

_____
Joseph Prokop

### CERTIFICATE OF SERVICE

On this the ___17th___ day of ___February___, 2009, a true and correct copy of the foregoing was served on the attorney of record in this case for the United States.

_____
Joseph Prokop

2