UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | 2:09-cr-0022-RCJ-RJJ |
| vs. ) | |
| JOSEPH PROKOP, *et al.*, ) | O R D E R |
| Defendant, ) | |

This matter is before the Court on Defendant Joseph Prokop's Motion for Leave to Appear By Telephone at the Motions Hearing on March 4, 2009, by Counsel of Record M. Engin Derkunt (#42).

The Court having reviewed the Motion (#42) and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant Joseph Prokop's Motion for Leave to Appear By Telephone at the Motions Hearing on March 4, 2009, by Counsel of Record M. Engin Derkunt (#42) is **DENIED**.

DATED this __2d__ day of March, 2009.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge