IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:09-cr-0022-MMD-GWF |
| Plaintiff, | ) | |
| | ) | **ORDER TEMPORARILY UNSEALING** |
| vs. | ) | **TRANSCRIPT** |
| JOSEPH PROKOP, | ) | |
| Defendant. | ) | |
| | ) | |

On June 2, 2015, Katherine Eismann, Official Court Reporter, received a Transcript Order from Travis E. Shetler, counsel for defendant, requesting a transcript of the sealed hearings April 8, 2013, May 3, 2013, and January 26, 2015, in the above-entitled matter.

**IT IS THE ORDER OF THE COURT** that the sealed hearings shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Travis E. Shetler.

**IT IS FURTHER ORDERED** that the sealed hearing shall thereafter be resealed and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 73(b) and remain sealed until further order of the Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

**DATED** this 16th day of June 2015.

_____
GEORGE FOLEY, JR.,
U.S. District Court Judge